UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LEISA MONK

      Plaintiff,      **JURY TRIAL**

V.      CIVIL ACTION NO

**1:10-cv-02212-RDB**

R & R PROFESSIONAL RECOVERY, INC.

Defendant.

OCTOBER 12, 2010

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY<u>/S/Bernard T. Kennedy</u>
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

Request <u>GRANTED</u> This 13th Day of October, 2010

_____
Richard D. Bennett
United States District Judge